Karen A. Ragland (SBN 108560)
**FIDELITY NATIONAL LAW GROUP**
915 Wilshire Blvd, Suite 2100
Los Angeles, CA 90017
Phone: (213) 438-4408
Facsimile: (213) 438-4417

Attorneys for Plaintiff,
**CHICAGO TITLE INSURANCE COMPANY**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ALICE ALLEN aka ALICE ALLEN-ERVIN,<br><br>Debtor. | CASE NO.: 04-045607 LT 7<br>**Chapter 7**<br><br>ADVERSARY NO.: 05-04458 |
| CHICAGO TITLE INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>ALICE ALLEN aka ALICE ALLEN-ERVIN, AN INDIVIDUAL,<br><br>Defendant. | SUBSTITUTION OF ATTORNEY |

Plaintiff, CHICAGO TITLE INSURANCE COMPANY, hereby respectfully requests that the following attorneys be withdrawn and substituted in as counsel of record in above entitled action.

**WITHDRAWING ATTORNEY:**

Name: Edward Kunnes                     CA Bar Number: 160632

Firm or Agency: California Department of Industrial Relations

Address: 1515 Clay St., Suite 701, Oakland, California 94612

Telephone Number: (510) 286-3800

1

SUBSTITUTION OF ATTORNEY

E-mail: EKunnes@dir.ca.gov

Counsel of record for the following party or parties: Chicago Title Insurance Company

**NEW REPRESENTATION:**

Name: Karen A. Ragland                    CA Bar Number: 108560

Firm or Agency:   Fidelity National Law Group

Address: 915 Wilshire Blvd., Suite 2100, Los Angeles, California 90017

Telephone Number: (213) 438-4408

E-mail: Karen.Ragland@fnf.com

Counsel of record for the following party or parties: Chicago Title Insurance Company

4-24-2017
Date

[signature]
Signature of party

Chicago Title Insurance Company
Printed name of party

4-12-17
Date

[signature]
Signature of present attorney

Edward Kunnes
Printed name of present attorney

2

SUBSTITUTION OF ATTORNEY

1  I am duly admitted to practice in this district.  The above substitution is accepted.
2  ___April 24, 2017___
   Date
3
4  ___/s/ Karen A. Ragland___
   Signature of new attorney
5
6  Karen A. Ragland
   Printed name of new attorney
7
8
9
10
...
28

3